199 So. 914

**Aaron OLIVER v. STATE.**

4 Div. 650.

Court of Appeals of Alabama.

Nov. 19, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

199 So. 914

**John Ray OLIVER v. STATE.**

5 Div. 116.

Court of Appeals of Alabama.

Nov. 26, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

193 So. 890

**William O'NEAL v. STATE.**

8 Div. 984.

Court of Appeals-of Alabama.

Feb. 13, 1940.

H. H. Hamilton, of Russellville, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

192 So. 918

**Belton O'REAR v. STATE.**

6 Div. 467.

Court of Appeals of Alabama.

Dec. 19, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

192 So. 918

**James ORRICK v. STATE.**

8 Div. 914.

Court of Appeals of Alabama.

Nov. 28, 1939.

H. H. Hamilton, of Russellville, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.